IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00614-PAB-MJW

DANIEL CORTEZ and
MEGAN CORTEZ,

     Plaintiffs,

v.

MINNESOTA LIFE INSURANCE COMPANY, a Minnesota corporation,

     Defendant.

---

## ORDER

---

     This matter comes before the Court on the Stipulated Motion Requesting Early Neutral Evaluation [Docket No. 19]. The Court finds good cause to grant such motion. Wherefore, it is

     **ORDERED** that the Stipulated Motion Requesting Early Neutral Evaluation [Docket No. 19] is granted.  Magistrate Judge Michael J. Watanabe is authorized to conduct an early neutral evaluation in this case.  The parties shall contact Magistrate Judge Watanabe's chambers at 303-844-2403 concerning scheduling.

     DATED April 29, 2013.

                      BY THE COURT:

                       s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge